IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Maria Palacios and Hidalia Palacios, Individually and as Next Friend of P.M., N.M. and G.M, Minor Children <br><br> Plaintiffs, <br><br> Vs. <br><br> Hofer AG Logistics, LLC and Mark G. Halbert, III <br><br> Defendants, | § § § § § § § § § § § § § § § Case No. _____ |

## APPENDIX TO NOTICE OF REMOVAL

Defendants Hofer AG Logistics, LLC and Mart G. Halbert III (Incorrectly named as Mark G. Halbert III) respectfully file the following Appendix to Notice of Removal.

Exhibit 1: Docket Sheet from Cause No. 2017-01157; Maria Palacios and Hidalia Palacios, Individually and as Next Friend of P.M., N.M. and G.M, Minor children; in the 133rd District Court, Harris County, Texas.

Exhibit 2: Civil Process Request for Service upon Hofer AG Logistics, LLC and Mark G. Halbert, III in Cause No. 2017-01157, issued January 6, 2017, and Citation issued to Hofer AG Logistics, LLC.

Exhibit 3: Original Petition in Cause No. 2017-01157, filed January 6, 2017.

Exhibit 4: Original Answer in Cause No. 2017-01157.

Exhibit 5: List of all counsel of record.