# EXHIBIT 1

Harris County Docket Sheet

# 2017-01157

**COURT:** 133rd
**FILED DATE:** 1/6/2017
**CASE TYPE:** Motor Vehicle Accident



### PALACIOS, MARIA (INDIVIDUALLY AND AS NEXT FRIEND O

Attorney: MUKERJI, SAMBAR KUMAR

### vs.

### HOFER AG LOGISTICS LLC

Attorney: DIDWAY, KEVIN DALE

| Date | Comment |
|---|---|
| | |

Docket Sheet Entries