# EXHIBIT 2

1/6/2017 4:09:45 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 14613594
By: CHAMBERS, WANDA R
Filed: 1/6/2017 4:09:45 PM

2017-01157 / Court: 133

# CIVIL PROCESS REQUEST FORM

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: _____    CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, INTERROGATORIES, AND REQUEST FOR PRODUCTION

FILE DATE OF MOTION: January 6, 2017 _____
                                     Month/  Day/  Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: Mark G. Halbert III _____
   ADDRESS: 125 East 11th Street, Austin, Texas 78701 _____
   AGENT, (if applicable): C/O Tryon D. Lewis, Chairman, Texas Transporation Commission _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): Citation _____

SERVICE BY (check one):
☐ ATTORNEY PICK-UP            ☐ CONSTABLE
☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____  Phone: _____
☐ MAIL                        ☐ CERTIFIED MAIL
☐ PUBLICATION:
   Type of Publication:       ☐ COURTHOUSE DOOR, or
                              ☐ NEWSPAPER OF YOUR CHOICE: _____
☒ OTHER, explain Service on Chairman of Texas Transportation Commission _____

ATTENTION: Effective June1, 2010

For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back. Thanks you,

*********************************************************************************

2. NAME: Hofer AG Logistics, LLC _____
   ADDRESS: P.O. Box 12079, Austin, Texas 78711-2079 _____
   AGENT, (if applicable): C/O the Secretary of State for the State of Texas at Statutory Documents, Citations Unit

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): Citation _____

SERVICE BY (check one):
☐ ATTORNEY PICK-UP            ☐ CONSTABLE
☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: : _____  Phone: _____
☐ MAIL                        ☐ CERTIFIED MAIL
☐ PUBLICATION:
   Type of Publication:       ☐ COURTHOUSE DOOR, or
                              ☐ NEWSPAPER OF YOUR CHOICE: _____
☒ OTHER, explain Secretary of State per CPRC §17.044 _____

---

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:

NAME: Jonathan E. Bleyer _____   TEXAS BAR NO./ID NO. 24089990 _____
MAILING ADDRESS: 2405 Smith Street, Houston, Texas 77006 _____
PHONE NUMBER: 713 _____  222-1222 _____   FAX NUMBER: 713 _____  222-0555 _____
              area code   phone number                          area code   fax number
EMAIL ADDRESS: jbleyer@mukerjilaw.com _____

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.  SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                          (specify)
    MOTION TO: _____
                          (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

CAUSE NO. 201701157

RECEIPT NO.           75.00     CTM
\*\*\*\*\*\*\*\*\*\*         TR # 73328572

| | |
|---|---|
| PLAINTIFF: PALACIOS, MARIA (INDIVIDUALLY AND AS NEXT FRIEND OF P M N M AND G M<br>vs.<br>DEFENDANT: HOFER AG LOGISTICS LLC | In The   133rd<br>Judicial District Court<br>of Harris County, Texas<br>133RD DISTRICT COURT<br>Houston, TX |

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: HOFER AG LOGISTICS LLC MAY BE SERVED THROUGH THE SECRETARY OF STATE
    OF TEXAS STATUTORY DOCUMENTS UNIT P O BOX 12079 AUSTIN TEXAS 78711 2079
    FORWARD TO: HOFER AG LOGISTICS LLC

    21295 396TH AVENUE    HURON SD 57350

    Attached is a copy of **PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE INTERROGATORIES AND REQUEST FOR PRODUCTION**

This instrument was filed on the <u>6th day of January, 2017</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 9th day of January, 2017, under my hand and seal of said Court.

                                                                *Chris Daniel*    **274923**

| | |
|---|---|
| <u>Issued at request of:</u><br>MUKERJI, SAMBAR KUMAR<br>2405 SMITH STREET<br>HOUSTON, TX 77006<br>Tel: (713) 222-1222<br><u>Bar No.:</u> 24053377 | CHRIS DANIEL, District Clerk<br>Harris County, Texas<br>201 Caroline, Houston, Texas 77002<br>(P.O. Box 4651, Houston, Texas 77210)<br><br>Generated By: FRANKLIN, KRYSTAL GAYLE   Q8I//10578637 |

STATE OF _____
County of _____      OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit and is the person competent to make oath of the fact.

                                                                 Affiant/Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

**RECEIVED**
**SECRETARY OF STATE**

**JAN 17 2017**                                Notary Public

N.INT.SECN.P                    \*73328572\*