United States District Court
Southern District of Texas
**ENTERED**
February 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Maria Palacios and Hidalia Palacios, Individually and as Next Friend of P.M., N.M. and G.M, Minor Children | § § § § | |
| Plaintiffs, | § § | |
| Vs. | § § | C.A. 4:17-cv-00656 |
| Hofer AG Logistics, LLC and Mart G. Halbert, III | § § § § | |
| Defendants, | § | |

**AGREED ORDER GRANTING JOINT MOTION TO REMAND
TO STATE DISTRICT COURT**

Before the Court is the Parties' Joint Motion to Remand to State District Court.

The Joint Motion to Remand is GRANTED, and this case is hereby REMANDED to the 113th Judicial District Court of Harris County, Texas, Cause Number 2017-01157. Pursuant to the agreement of the Parties, each party shall bear its own fees and costs.

The Clerk shall certify this case for remand and furnish a copy of this Order to the Clerk of the 113th Judicial Court of Harris County, Texas.

It is ORDERED: February 5, 2018

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE